**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES DALTON BELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-1379-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

In this action petitioner seeks habeas relief under 28 U.S.C. § 2241. Petitioner appears *pro se,* and his pleadings are liberally construed.

Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this matter on January 24, 2008. (Doc. no. 8.) In that Report, the magistrate judge found that petitioner had not paid the filing fee or filed a motion for leave to proceed *in forma pauperis*. The magistrate judge recommended that this action be dismissed without prejudice to the filing of a new action. Since that report, petitioner has filed a document styled an "inquiry" (doc. no. 9) and a letter (doc. no. 10). Construing petitioner's filings liberally, these documents are deemed objections to the magistrate judge's report.

The court has given *de novo* review to all objected to matters. After careful consideration, petitioner's objections to the Report and Recommendation of Magistrate Judge Valerie K. Couch are **DENIED**, and the report is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. The petition for a writ of habeas corpus

is **DISMISSED** without prejudice because petitioner has not filed a motion to proceed *in forma pauperis* or paid the filing fee.

Dated this 28th day of February, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1379p002.wpd